# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-04079-SCJ
### Doe v. The Board of Regents of the University System of Georgia et al
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 12/10/2015.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:15 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 4:15                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Justin Dillon representing John Doe<br>Christopher Giovinazzo representing John Doe<br>Devon Orland representing The Board of Regents of the University System of Georgia<br>Devon Orland representing G.P. Devon Orland representing John M. Stein<br>Devon Orland representing Peter Paquette |
| OTHER(S) PRESENT: | Defendant Peter Pacquette |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [8]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Plaintiff's motion for preliminary injunction. Opening arguments heard. Defendant Peter Pacquette sworn and testified. Defendants' exhibits 1 and 2 admitted. Plaintiff's exhibits 2 and 2 (two exhibits with duplicative numbering). Defendant's exhibit 3 admitted. Dr. Cara Appel-Sileaugh sworn and testified. Defendants' exhibits 4-7 admitted. Kimberly Ballard Washington sworn and testified. Defendants' exhibits 8-10 admitted. Plaintiff's exhibits 1, 3 and 4 admitted. Closing arguments heard. Matter taken under advisement; order to follow. [For purposes of clarification, the Court directs that the record reflect that Plaintiff's exhibits 1, 2, 2 (two documents, both erroneously marked as D-2), 3 and 4; and Defendants' exhibits 1-10 are deemed admitted for consideration in this matter.] |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |