IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS FOR THE UNIVERSITY SYSTEM OF GEORGIA, G.P. "BUD" PETERSON, JOHN STEIN, and PETER PACQUETTE, in their individual and official capacities,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-4079-SCJ |

## ORDER

This civil action is before the Court on Defendants' unopposed motion to seal [Doc. No. 42], which is hereby **GRANTED**. The Clerk is directed to **SEAL** this case in its entirety.

**IT IS SO ORDERED**, this 13th day of June, 2016.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE