IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:15-CV-4079-SCJ |
| | ) | |
| THE BOARD OF REGENTS FOR THE | ) | |
| UNIVERSITY SYSTEM OF GEORGIA; | ) | |
| G.P. "BUD" PETERSON, JOHN STEIN, | ) | |
| and PETER PAQUETTE, sued in their | ) | |
| official and personal capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF JANE ROE TO INTERVENE FOR THE LIMITED PURPOSE OF PARTIALLY UNSEALING THE RECORD

Jane Roe ("Ms. Roe"), by and through counsel, respectfully requests, pursuant to Fed. R. Civ. P. 24(b)(1)(B), that the Court grant this Motion to Intervene in the above-captioned case for the limited purposes of: 1) gaining access to the now-sealed court record; 2) partially unsealing the record, keeping other portions of the record sealed, and redacting portions of the unsealed record; and, 3) going forward, ensuring that all records in this case be redacted

and/or sealed to protect Ms. Roe's identity while safeguarding the public's access to the court. Neither Defendants [Doc. No. 46] nor Plaintiff [Doc. No. 47] oppose this Motion. In support, Ms. Roe submits the attached Memorandum of Law.

This 1st day of July, 2016.

                                            Respectfully submitted,

                                            s/ Lisa Anderson
                                            Lisa Anderson
                                            Georgia Bar No. 179392
                                            Atlanta Women for Equality
                                            P.O. Box 33521
                                            Decatur, GA 30033
                                            (404) 624-6822
                                            lisa@atlantawomenforequality.org

                                            s/ Elaine Woo
                                            Elaine Woo
                                            Georgia Bar No. 430956
                                            Atlanta Women for Equality
                                            P.O. Box 33521
                                            Decatur, GA 30033
                                            (404) 624-6822
                                            elaine@atlantawomenforequality.org