# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| THE BOARD OF REGENTS OF THE ) | FILE NO. 1:15-CV-4079-SCJ |
| UNIVERSITY SYSTEM OF GEORGIA, ) | |
| G.P. "BUD" PETERSON, *President of* ) | |
| *the Georgia Institute of Technology, sued* ) | |
| *in his official and personal capacities*, ) | |
| JOHN M. STEIN, *Dean of Students and* ) | |
| *Vice President of Student Life at the* ) | |
| *Georgia Institute of Technology, sued in* ) | **JURY DEMAND** |
| *his official and personal capacities*, and ) | |
| PETER PAQUETTE, *Assistant Dean of* ) | |
| *Students, Director of the Office of Student* ) | |
| *Integrity & Deputy Title IX Coordinator* ) | |
| *for Students at the Georgia Institute of* ) | |
| *Technology, sued in his official and* ) | |
| *personal capacities*, ) | |
| ) | |
|    Defendants. ) | |

## MOTION AND PROPOSED ORDER
## FOR DISMISSAL WITH PREJUDICE

Plaintiff John Doe ("Plaintiff") hereby moves the Court to dismiss the above-captioned action and all claims therein ***with prejudice*** pursuant to Federal Rule of Civil Procedure 41.

1458540.1

**IT IS HEREBY ORDERED** that the motion is granted, and the above-styled action and all claims therein are dismissed with prejudice.

**SO ORDERED**, this \_\_\_\_\_ day of July, 2016.

_____
Steve C. Jones
Judge, United States District Court
Northern District of Georgia

Respectfully submitted this 20th day of July, 2016.

**BONDURANT, MIXSON & ELMORE, LLP**

*/s/ Christopher T. Giovinazzo*
Christopher T. Giovinazzo
Georgia Bar No. 142165
giovinazzo@bmelaw.com
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone:  404-881-4100

**KAISER, LEGRAND & DILLON PLLC**
Justin Dillon (*pro hac vice*)
jdillon@kaiserlegrand.com
Scott Bernstein (*pro hac vice*)
sbernstein@kaiserlegrand.com
1401 K Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 640-2850
Facsimile: (202) 280-1034

*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2016, I electronically filed the within and foregoing **MOTION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorney of record for Defendants.

>  */s/ Christopher T. Giovinazzo*
>  Christopher T. Giovinazzo
>  Georgia Bar No. 142165