**Paquette, Peter L**

| | |
|---|---|
| From: | Paquette, Peter L |
| Sent: | ▮ |
| To: | |
| Subject: | Meeting Confirmation & Redacted Report |
| Attachments: | Redacted Report ▮ |

I am writing to confirm our ▮ phone meeting tomorrow. Please call me at 404-894-9193. Since the report is rather lengthy I've attached it in redacted form for you to review in advance of our conversation. I recognize that it may be difficult to decipher who is who due to the names being redacted but I'm happy to clarify that when we talk tomorrow.

Please let me know if you have any additional questions prior to our phone meeting tomorrow.

Thanks, ▮
Peter

--

Peter Paquette
Assistant Dean of Students
Director, Office of Student Integrity

Georgia Institute of Technology
353 Ferst Drive | Suite 210 | Atlanta, GA 30332 [P] 404-894-9193 [F] 404-894-9928 www.osi.gatech.edu



**TITLE IX & STUDENT SEXUAL MISCONDUCT POLICY INVESTIGATION REPORT**

**RE**: Respondent, Victim 1, & Victim 2

**DATE**: ▇▇▇▇▇▇

**PRIMARY INVESTIGATOR**: Peter Paquette, Assistant Dean of Students/Director, OSI

## SUMMARY

- Victim 1 reports that she was sexually assaulted by Respondent ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Victim 2 also reported she was sexually assaulted by Respondent ▇
- In addition, throughout the course of the investigation, Informant 9 stated that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Informant 9 states that after that interaction Respondent continued to send her text messages of a sexual nature.

## DETAILS OF ACTIONS TAKEN

Upon reporting to me, Victim 1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Victim 1 reported that the continued stress of the trauma was impacting her in a number of ways ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Since Respondent ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ no interim actions were taken against him.

## PERSONS INTERVIEWED:

1. Victim 1, ▇▇▇▇▇▇
2. Informant 1, ▇▇▇▇▇
3. Respondent, ▇▇▇▇▇
4. Informant 2, ▇▇▇▇▇
5. Informant 3, ▇▇▇▇▇
6. Informant 4, ▇▇▇▇▇
7. Informant 5, ▇▇▇▇▇
8. Informant 6, ▇▇▇▇▇
9. Informant 7, ▇▇▇▇▇
10. Victim 2, ▇▇▇▇▇
11. Respondent, ▇▇▇▇▇
12. Informant 8, ▇▇▇▇▇
13. Informant 9, ▇▇▇▇▇
14. Informant 10, ▇▇▇▇▇
15. Informant 11, ▇▇▇▇▇

## DOCUMENTS REVIEWED:

1. Text Messages between Respondent and Victim 1 provided by Victim 1
2. E-mails between Victim 1 and Informant 1 provided by Victim 1
3. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Investigation Report | Page 1 of 10

**Victim 1 Account of Events**
On ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I met with Victim 1. Victim 1 was accompanied by ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ who served as her advocate and advisor. Victim 1 shared with me of an incident that she believes violates the Georgia Tech sexual misconduct policy that occurred ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Victim 1 states that she met Respondent the weekend prior to the incident ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

She noticed at this point that she was extremely intoxicated due to extreme dizziness.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Victim 1 states that she has heard from other women that others may have had problems with Respondent as well. ███ this statement was provided to Victim 1 to verify. ███ she verified the above statement.

**Informant 1 Account of Events**

███ I had a phone conversation with Informant 1 ███ informed me that ███ does not know Respondent but that Victim 1 has been ███

Informant 1 states that she first learned of these events ███

Shortly thereafter Informant 1 received e-mails from Victim 1 ███

Informant 1 states that she is unaware of any other concerns about Respondent. She stated many people know him but she is unaware of the view most people have of him. ███

This statement was sent to Informant 1 for review on ███ Informant 1 verified on ███ that the statement above was accurate.

**Respondent Account of** ███ **Events**

On ███ I had a conversation with Respondent regarding this incident. ███ Respondent clarified that he wishes to provide a written statement. Respondent clarified that he did not commit any acts of sexual misconduct ███. Respondent also clarified that he was aware of this allegation ███

Investigation Report | Page 3 of 10

███ Respondent clarified he would follow up soon with a full written statement.

On ███ I received the following statement from Respondent:

███

On ███ I e-mailed Respondent to clarify the following questions:

> I do have one follow-up question regarding your statement that you supplied to me. Am I to assume that there was no personal interaction/exchange between you and Ms. Victim 1 based on your statement? As in was there any kissing, touching, or any behavior of that nature ███ ███?

On ███ Respondent responded stating:

> I apologize for the late response to this question, I think I missed this email entirely... There was no physical touching, kissing, or any behavior of a sexual nature ███

On ███ I spoke with Respondent over the phone to further clarify a couple of questions from our exchanges and to verify facts. Respondent reemphasized that he and Victim 1 had no physical interaction ███

On ███ this statement was provided via e-mail to Respondent to verify its accuracy. He has not responded.

**Informant 2's Account of Events**

I met with Informant 2 on ███

Investigation Report | Page 4 of 10

▮▮▮ stated she was aware of the allegations against Respondent. ▮▮▮

Informant 2 stated she knew Respondent ▮▮▮

Informant 2 noted that she has heard of some women who felt they have been treated poorly by Respondent ▮▮▮ Informant 2 also noted that Respondent ▮▮▮ a reputation for not treating women particularly well and shared an account that she heard from another woman ▮▮▮

Informant 2 also recalled a specific time ▮▮▮ Informant 2 learned that Respondent "isn't a nice person when it comes to girls." ▮▮▮ This statement was sent to Informant 2 for review on ▮▮▮ On ▮▮▮ she responded with minor changes. The above version was sent back to Informant 2 on ▮▮▮ to reflect those changes.

**Informant 3 Account of Events**
I met with Informant 3 on ▮▮▮ Informant 3 knows Victim 1 from their ▮▮▮ Informant 3 stated that she believes Respondent to be unpleasant and creepy and that multiple people have mentioned similar views of Respondent. Informant 9, ▮▮▮

Informant 3 shared that she first learned of Victim 1's allegation against Respondent ▮▮▮ On ▮▮▮ the above statement was sent to Informant 3 to verify its accuracy; she has not responded.

**Informant 4 Account of Events**
I met with Informant 4 on ▮▮▮. Informant 4 is good friends with Victim 1. ▮▮▮

Investigation Report | Page 5 of 10

Informant 4 stated that the next day he could tell that Victim 1 was upset ▮▮▮ Informant 4 believed this man to be named "", but was unsure of his last name. Informant 4 also stated that he is aware that Victim 1 had a panic attack when she saw "" after the incident. On ▮▮▮ this statement was sent to Informant 4 to verify its accuracy. On ▮▮▮ he verified it was accurate.

**Informant 5 Account of Events**
I met with Informant 5 on ▮▮▮ Informant 5 states that she barely knew Victim 1 prior to ▮▮▮ Informant 5 stated she had met Respondent a few times ▮▮▮ but didn't know him closely/personally. She stated she was aware that he was "prone to getting super drunk."

▮▮▮ The above account of events was sent to Informant 2 to verify its accuracy on ▮▮▮ She responded on ▮▮▮ with the following clarifications: "For the most part, the summary is correct. ▮▮▮

**Informant 6 Account of Events**
I met with Informant 6 on ▮▮▮ Informant 6 is friends with Victim 1. He and Victim 1 ▮▮▮ quickly became close friends.

Informant 6 shared that he has not been in contact with Victim 1 lately but is aware ▮▮▮

The above statement was sent to Informant 6 on ▮▮▮ to verify its accuracy. He responded the same day and verified the above account.

**Informant 7 Account of Events**
I met with Informant 7 on ▮▮▮. Informant 7 states she is pretty close friends with Victim 1 ▮▮▮

Informant 7 stated she has never met this man, who she identified as ▮. ▮ On ▮ this account was sent to Informant 7 to verify. She has not responded.

**Victim 2 Account of Events**
I met with Victim 2 ▮ Victim 2 was accompanied by her advocate and advisor ▮

▮ On ▮ the above statement was verified.

**Respondent Account of ▮ Events**
On ▮ had a conversation with Respondent regarding this incident. Respondent is currently on ▮ Respondent stated he had little memory of that day and could not specifically recall the events. ▮ assumed she left the house. On ▮ this statement was provided to Respondent via e-mail to verify. He has not responded.

Investigation Report | Page 7 of 10

**Informant 8 Statement of Events**
I met with Informant 8 on ▮▮▮▮▮▮▮▮▮▮▮▮ Informant 8 stated that he has not seen anything that raises for suspicion for him ▮▮▮▮▮▮▮▮▮▮▮▮ question well. This statement was sent to Informant 8 on ▮▮▮▮▮ to verify. He has not responded.

**Informant 9 Statement of Events**
I met with Informant 9 on ▮▮▮▮▮▮▮▮▮▮▮▮

Informant 9 stated that she met Respondent ▮▮▮▮▮▮▮▮▮▮▮▮

On ▮▮▮▮▮ this statement was sent to Informant 9 to verify its accuracy. On ▮▮▮▮▮ she verified the account above.

**Informant 10 Account of Events**
I met with Informant 10 ▮▮▮▮▮▮▮▮▮▮▮▮ Informant 10 ▮▮▮▮▮ was expecting my call contacting him regarding this investigation. Informant 10 stated he had discussed the events with Respondent prior to meeting with me. Respondent had only asked Informant 10 if he had recollected any details ▮▮▮▮▮

Informant 10 stated he knows Respondent fairly well ▮▮▮▮▮ and at first when asked to recall events of the evening in question he had no recollection.

██████████████

This account of events was sent to Informant 10 to verify its accuracy on ████████ On ████ Informant 10 verified the account above.

**Informant 11 Account of Events**

██████████████

**Relevant Issues Agreed Upon –** ████████ **Incident**

- ████████
- ████████
- ████████

- ████████
- ████████

**Relevant Issues in Dispute –** ████████

- ████████
- Victim 1 states that Respondent ████████ without her consent. Respondent denies any physical interaction with Victim 1 ████

**Relevant Issues Agreed Upon –** ████████

- ████████
- ████████

**Relevant Issues in Dispute –** ████████

- ████████

Investigation Report | Page 9 of 10

- ▪ ███████████████
  ███████ Respondent denies any physical interaction with Victim 2
- Victim 2 states that Respondent ██████████████ and despite her stating she did not wish to, ██████████████ without her consent. Respondent denies any physical interaction with Victim 2

Based on all the information gathered, Respondent was notified on ███████ of the following charges:

- **Non-Consensual Sexual Contact:** including, but not limited to, intentional and/or forcible touching. Examples may include but are not limited to sexual contact without consent by another (including but not limited to: a stranger, classmate, friend, dating partner, ex-dating partner, spouse, ex-spouse, etc.) and/or forcing another to touch, directly or through clothing, themselves or another (i.e., genitals, breasts, groin, thighs, or buttocks, etc.). *Specifically, it is alleged that Respondent* ███████ ███████ *without her consent.*

- **Non-Consensual Sexual Intercourse:** including, but not limited to, anal, oral or vaginal penetration, however slight. Examples may include, but are not limited to rape (sexual intercourse without consent), sexual penetration with an object without consent, and/or oral or anal intercourse without consent. *Specifically, it is alleged that Respondent* ███████ *without her consent.*

- **Non-Consensual Sexual Intercourse:** including, but not limited to, anal, oral or vaginal penetration, however slight. Examples may include, but are not limited to rape (sexual intercourse without consent), sexual penetration with an object without consent, and/or oral or anal intercourse without consent. *Specifically, it is alleged that Respondent* ███████ *without her consent.*

- **Coercion:** The intentional use of force or intimidation (i.e. threats) to obtain compliance for an otherwise unwanted act. Coercion may be determined by the repetition of the activity beyond what is reasonable, the degree of pressure applied, or environmental factors such as isolation or the initiator's knowledge of incapacitation by alcohol and/or other drugs. Examples may include, but are not limited to repeatedly providing alcohol drinks to a victim or potential victim, isolating a victim or potential victim, and/or providing false information to entice a victim or potential victim. *Specifically, it is alleged that Respondent* ███████

- **Coercion:** The intentional use of force or intimidation (i.e. threats) to obtain compliance for an otherwise unwanted act. Coercion may be determined by the repetition of the activity beyond what is reasonable, the degree of pressure applied, or environmental factors such as isolation or the initiator's knowledge of incapacitation by alcohol and/or other drugs. Examples may include, but are not limited to repeatedly providing alcohol drinks to a victim or potential victim, isolating a victim or potential victim, and/or providing false information to entice a victim or potential victim. *Specifically, it is alleged that Respondent* ███████