

**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

OFFICE OF LEGAL AFFAIRS
270 WASHINGTON ST., SW
ATLANTA, GEORGIA 30334

PHONE (404) 962-3255
FAX (404) 962-3264
USG-LEGAL@USG.EDU

▉

c/o Mr. W. Scott Smith
Peach State Lawyer
2060 Equitable Building
100 Peachtree St.
Atlanta, GA 30303-1911

RE:  Application for Review
     Georgia Institute of Technology

Dear ▉

Pursuant to Board of Regents Policy 8.6 Application for Discretionary Review, your application has been provided to a committee convened by this office. This committee was composed of me; the Associate Vice Chancellor for Academic Affairs; Vice Chancellor for Human Resources; and Vice Chancellor for Student Affairs.

Please be advised that the committee has been continued for further consideration. You may expect a decision on your application, and a notification from this office▉

Sincerely,

Nels Peterson
Vice Chancellor for Legal Affairs

NP/kat

c:  President G.P. "Bud" Peterson
    Managing Attorney Kate Wasch

"Creating A More Educated Georgia"