

**BOARD OF REGENTS OF
THE UNIVERSITY SYSTEM OF GEORGIA**

OFFICE OF LEGAL AFFAIRS
270 WASHINGTON ST., SW
ATLANTA, GEORGIA 30334

PHONE (404) 962-3255
FAX (404) 962-3284
USG-LEGAL@USG.EDU

▮

c/o Mr. W. Scott Smith
Peach State Lawyer
2060 Equitable Building
100 Peachtree St.
Atlanta, GA 30303-1911

RE:  Application for Review
     Georgia Institute of Technology

Dear ▮

Pursuant to Board of Regents Policy 8.6 Application for Discretionary Review, your application was considered by a committee convened by this office. This committee was composed of me; the Associate Vice Chancellor for Academic Affairs; Vice Chancellor for Human Resources; and Vice Chancellor for Student Affairs

Please be advised that after review and careful consideration, the committee has decided to affirm the university's decision. This is the final action to be taken in this matter.

Sincerely,

Nels Peterson
Vice Chancellor for Legal Affairs

NP/kat

c:  President G.P. "Bud" Peterson
    Managing Attorney Kate Wasch